# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release** |
| v. | Case Number:  07-cr-00004-WYD-01 and<br>07-cr-00005-WYD-01 |
| | USM Number:  30042-074 |
| STEFAN BULLARD | Robert Pepin, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1, 2, 3, 4, and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law (Reckless Driving) | 01/11/08 |
| 2 | Violation of the Law (Operating Unsafe Vehicle; Taking Row of Left Turn) | 02/05/08 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 27, 2009
_____
Date of Imposition of Judgment


 s/ Wiley Y. Daniel
_____
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
_____
Name & Title of Judge

February 3, 2009
_____
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 11/26/08 |
| 4 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 11/26/08 |
| 5 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 12/05/08 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months as to Docket No. 07-cr-00004-WYD-01, and six (6) months as to Docket No. 07-cr-00005-WYD-01 to be served consecutively.

The court recommends that the Bureau of Prisons designate the defendant to FCI Englewood, Littleton, Colorado, for service of sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal